DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ADRIAN MARTINEZ VALDESPINO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-808

————————————————

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Adrian Martinez Valdespino, pro se.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.